UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY -2 PM 2: 19

CLERK
AL
BY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:24-cr-48-1 |
| | ) |
| EDWIN DANIEL TORRES-HERNANDEZ, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 17, 2024, in the District of Vermont, defendant EDWIN DANIEL TORRES-HERNANDEZ, knowing and in reckless disregard of the fact that certain aliens—including Eleazar de la Cruz Resendiz—had come to, entered into, and remained in the United States in violation of law, transported and moved those aliens within the United States in furtherance of such violations of law.

(8 U.S.C. § 1324(a)(1)(A)(ii))

TRUE BILL

███████████

_____
FOREPERSON

_Nikolas P. Kerest_
NIKOLAS P. KEREST (CMS/MJL)
United States Attorney
Burlington, Vermont
May 2, 2024